UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO ALVAREZ,<br><br>          Plaintiff,<br><br>     v.<br><br>MORRIS SHEA BRIDGE COMPANY,<br><br>          Defendant. | Case No.  1:24-cv-00723-JLT-BAM<br><br>**ORDER AFTER CONFERENCE**<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

   On February 25, 2025, the Court convened a Scheduling Conference. Plaintiff Sergio Alvarez, pro se, appeared by Zoom telephone. Counsel Ryan Wessels appeared by Zoom video on behalf of Defendant Morris Shea Bridge Company.

   At the conference, the parties reported on the status of informal settlement discussions and identified the issues resulting in the breakdown of settlement negotiations. The Court discussed the available options for proceeding in this matter to include either (1) continued settlement discussions or (2) setting case management dates. Based on defense counsel's representation that the parties may benefit from a settlement conference with a neutral, the Court declined to set case management dates. The Court instead indicated its intent to have the Courtroom Deputy provide the parties with proposed dates for a settlement conference before a magistrate judge.

   To allow the parties time to participate in a settlement conference, the Scheduling Conference is CONTINUED to **May 13, 2025, at 9:00 a.m. in Courtroom 8 (BAM) before**

1

**Magistrate Judge Barbara A. McAuliffe.** The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference. The parties shall appear at the conference remotely either via Zoom video conference or Zoom telephone number. The parties will be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **February 25, 2025**       /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE