1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9   SERGIO ALVAREZ,                          No.  1:24-cv-00723-JLT-BAM

10              Plaintiff,                    **ORDER SETTING VIDEO SETTLEMENT
                                             CONFERENCE AND SETTLEMENT
11        v.                                 INSTRUCTIONS**

12   MORRIS SHEA BRIDGE COMPANY,              Date:        **April 22, 2025**
     INC.,                                    Time:        **9:30 AM**
13                                            Courtroom:   **Courtroom 9 (SAB)**
                Defendant.                    Judge:       **Hon. Stanley A. Boone**
14

15        This case is set for a settlement conference to be held <u>by video conference</u> on **April 22,**

16   **2025, at 9:30 AM in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone**.  Unless

17   otherwise permitted in advance by the Court, **the attorneys who will try the case** shall appear

18   **via Zoom** at the Settlement Conference **with the parties** and the person or persons having **full**

19   **authority** to negotiate and settle the case **on any terms** at the conference.

20        *Confidential Settlement Conference Statement*:  At least seven (7) court days prior to the

21   Settlement Conference, the parties shall submit a Confidential Settlement Conference Statement

22   directly to Judge Boone's chambers by e-mail to SABOrders@caed.uscourts.gov.  The statement

23   **should not be filed** with the Clerk of the Court **nor served on any other party**, although the

24   parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall

25   be clearly marked "confidential" with the date and time of the Settlement Conference indicated

26   prominently thereon.

27        The Confidential Settlement Conference Statement shall include the following:

28

                                              1

A.    A brief statement of the facts of the case.

B.    A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

C.    A summary of the proceedings to date.

D.    An estimate of the cost and time to be expended for further discovery, pretrial and trial.

E.    The relief sought.

F.    The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise, the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

IT IS SO ORDERED.

Dated:    **March 3, 2025**            /s/ *Barbara A. McAuliffe*___
                                        UNITED STATES MAGISTRATE JUDGE